IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDREW M. BARON,<br>    Plaintiff,<br>vs.<br><br>LISA BLUE BARON, et al.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:16-CV-3465-C-BH<br><br>Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the thorough and well-reasoned Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Stewart Frazer's Motion to Dismiss the First Amended Complaint*, filed July 11, 2017 (doc. 67); *Defendant Richard McCall's Motion to Dismiss*, filed July 31, 2017 (doc. 69); *Defendant Lisa Blue Baron's Motion to Dismiss*, filed July 31, 2017 (doc. 71); *Stephen Malouf's Motion to Dismiss*, filed July 31, 2017 (doc. 73); and *Defendants Edward Copley and Akin Gump Strauss Hauer & Feld's Amended Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6)*, filed August 15, 2017 (doc. 86), are all **GRANTED**.

By separate judgment, all of the plaintiff's claims against the moving defendants are **DISMISSED with prejudice** for failure to state a claim.

The plaintiff's claims against Bank of America, N.A., f/k/a U.S. Trust Company, N.A. and

Reassure Life Insurance are *sua sponte* **DISMISSED with prejudice** for failure to state a claim.

**Dated** this 2nd day of March, 2018.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**